Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Payne,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | Civil Action No: 2:20-cv-02150-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, July 21, 2020, to file the Motion for Summary Judgment.

Dated:  06/21/2021            / s / Joseph C. Fraulob
                   Joseph C. Fraulob
                   Attorney for Plaintiff

Dated:  06/21/2021           / s / Marcelo Illarmo
                   Marcelo Illarmo
                   Special Assistant U.S. Attorney
                   Attorney for Defendant

IT IS SO ORDERED.

Dated:  June 28, 2021

                   _____
                   CAROLYN K. DELANEY
                   UNITED STATES MAGISTRATE JUDGE