Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

David Payne,

        Plaintiff,

v.

Commissioner of Social Security,

        Defendant.

Civil Action No: 2:20-cv-02150-CKD

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, August 20, 2021, to file the Motion for Summary Judgment.

      IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  07/20/2021

/ s / Joseph C. Fraulob
Joseph C. Fraulob
Attorney for Plaintiff

Dated:  07/20/2021

/ s / Marcelo Illarmo
Marcelo Illarmo
Special Assistant U.S. Attorney
Attorney for Defendant

/////
/////
/////
/////

IT IS SO ORDERED.

Dated:  July 22, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE